IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON SMITH o/b/o TM,<br>*Plaintiff,* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| NANCY BERRYHILL,<br>*Acting Commissioner of Social Security,*<br>*Defendant.* | : <br> : <br> : | No. 18-113 |

## ORDER

**AND NOW**, this 14th day of March, 2019, upon consideration of Plaintiff Sharon Smith's First Motion for Summary Judgment and Request for Review (Doc. No. 11), Defendant Nancy Berryhill's Response (Doc. No. 13), and the administrative record, and after careful consideration of Magistrate Judge Linda K. Caracappa's Report and Recommendation (Doc. No. 14), to which no objections were filed, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 14) is **APPROVED and ADOPTED**;[1]

2. Plaintiff's Request for Review (Doc. No. 11) is **GRANTED** and the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with Magistrate Judge Caracappa's Report and Recommendation (Doc. No. 14); and

3. **The Clerk of Court shall mark this case CLOSED** for all purposes, including statistics.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule of Civil Procedure 72.1(IV)(b) and 28 U.S.C. 636(b)(1), Acting Commissioner Berryhill had fourteen (14) days to object to the Report and Recommendation. The Report and Recommendation was issued on January 30, 2019, and Acting Commissioner Berryhill has not objected to it.